UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATE DEPARTMENT OF AGRICULTURE, <br><br>     Plaintiff, <br><br> v. <br><br> DEBRA A. LAMONDA, <br><br>     Defendant | Case No. 1:25-cv-00196-JAW |

## OBJECTION OF DEFENDANT TO PROPOSED SCHEDULING ORDER

Defendant objection to the provision of the proposed scheduling order which would place this matter on Administrative Track and would prohibit discovery.  Defendant has raised serious and substantial defenses to the complaint for foreclosure, is preparing initial requests for production of documents and interrogatories and anticipates taking multiple depositions.  The defenses raised by Defendant require fact intensive pre-trial discovery, and with a claim, which she disputes, that she owes $393,463.90, she should not be denied her normal rights to pre-trial discovery.  Accordingly, Defendant requests that this matter be placed upon the Standard Track for all further proceedings in this matter.

   DATED: 3, 2025

                                        /s/ Thomas A. Cox
                                        Thomas A. Cox, Esq. Me. Bar No. 1248
                                        *Attorney for Defendant Debra A. LaMonda*

                                        P.O. Box 1083
                                        Yarmouth, ME 04096
                                        (207) 749-6671
                                        tacsail@icloud.com

1

CERTIFICATE OF SERVICE
FOR ELECTRONIC FILINGS

    I hereby certify that on May 31, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

    Kevin J. Crossman, Esq.

AS TO ANY PARTIES ARE NOT REGISTERED AS ECF FILERS

    I further certify that on May 32, 2025, I served a copy of the foregoing document on the following parties or their counsel of record by email sent to her email address stated below:

    Emma Halas-Connor, Esq.
    Pine Tree Legal Assistance, Inc.
    P.O. Box 547
    88 Federal Street
    Portland, Maine 04112
    ehalasoconnor@ptla.org