UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, </br></br>    Plaintiff </br></br> v. </br></br> DEBRA A. LAMONDA, </br></br>    Defendant | 1:25-cv-00196-JAW |

**ORDER ON MOTION TO AMEND ORDER**

Because of a lapse in federal appropriations, on October 10, 2025, on Plaintiff's motion, the Court stayed further proceedings in this matter until November 10, 2025, or ten days after appropriations were restored, whichever date was earlier. (Order, ECF No. 17.) As of November 13, 2025, appropriations were restored. (Plaintiff's Notice Regarding Appropriation of Funds, ECF No. 18.) The stay, therefore, was lifted as of November 10, 2025.

With appropriations restored, Defendant recently moved to amend the order that had directed Plaintiff to respond to Defendant's written discovery requests by October 10, 2025. (Order on Discovery Issues, ECF No. 15.) Defendant asks the Court to order Plaintiff to respond to the requests within 10 days of the Court's order on the motion. Plaintiff requests 30 days to provide the responses.

Following a review of the record and after consideration of the parties' arguments, the Court grants Defendant's motion in part. The Court orders:

1. On or before December 29, 2025, Plaintiff shall serve its responses to Defendants' outstanding written discovery requests.

2. The parties shall complete discovery on or before March 31, 2026.

3. The deadline to file a notice of intent to file a motion for summary judgment is extended to April 7, 2026.

4. The deadline to file dispositive motions and *Daubert* and *Kumho* motions is extended to April 21, 2026.

5. The case shall be ready for trial by June 3, 2026.

                                        /s/ John C. Nivison
                                        U.S. Magistrate Judge

Dated this 1st day of December, 2025.