UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATE DEPARTMENT OF AGRICULTURE,<br><br>   Plaintiff,<br><br>v.<br><br>DEBRA A. LAMONDA,<br><br>   Defendant | Case No. 1:25-cv-00196-JAW |

MOTION OF DEFENDANT TO
AMEND SCHEDULING ORDER

Defendant moves to amend the Amended Scheduling Order (ECF No. 11) to allow Defendant until March 2, 2026, to designate experts required to be disclosed pursuant to Fed.R.Civ.P. 26(a)(2)(A) and with respect to each of them, provide a complete statement of all opinions to be expressed and the basis therefor.

The Amended Scheduling Order originally set a discovery completion deadline of November 5, 2025, and allowed Defendant until October 8, 2025, to designate her experts. By the court's Order on Motion to Amend Order (ECF No. 21) the discovery deadline was extended to March 31, 2026. Defendant is not able to file and serve her expert witness designation and disclosures until Plaintiff responds to Defendant's request for production of documents served on Plaintiff on July 18, 2025, and to Defendant's interrogatories to Plaintiff served on July 21, 2025. Defendant anticipates that Plaintiff will respond to those discovery requests by the court ordered deadline of December 29, 2025, and Defendant will require reasonable time to review those responses and work with her experts to prepare the required designations and disclosures.

Defendant's counsel has provided draft copy of this motion to Plaintiff's counsel and is advised by Plaintiff's counsel that Plaintiff consents to the granting of this motion.

DATED: December 19, 2025

/s/ Thomas A. Cox
Thomas A. Cox, Esq. Me. Bar No. 1248
*Attorney for Defendant Debra A. LaMonda*

P.O. Box 1083
Yarmouth, ME 04096
(207) 749-6671
tacsail@icloud.com


/s/ Emma Halas-O/Connor
Emma Halas-O/Connor Esq. Me. Bar No.6532
*Attorney for Defendant Debra A. LaMonda*

Pine Tree Legal Assistance
P.O. Box 547
Portland, ME 04112
(207) 400-3226
ehalasoconnor@ptla.org