UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

**June 2026 CIVIL TRIAL LIST**

       This list contains both Bangor and Portland civil cases that will be scheduled for trial during the month of June, 2026. Counsel are advised to review this information carefully.

**Jury Selection** [1]

- Jury selection in Portland cases is scheduled for June 1st  and 2nd  at 9:00 a.m.

- Jury selection in Bangor cases is scheduled for June 3rd  and 4th  at 9:00 a.m.

**Juror Questionnaires**

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be emailed to counsel seven (7) days prior to selection. Questionnaires that are not available prior to selection will be provided to counsel for review on the day of jury selection.

**Discovery Deadlines**

Absent some excusable circumstance, discovery initiatives must be initiated sufficiently in advance of the discovery deadline to permit the opposing party to file, in advance of the discovery deadline, its appropriate response within the period allowed by the civil rules for such purpose.

> A Summary of First Circuit Authority Concerning Opening Statements and Closing Arguments and the most recent Maine Local Rules can be found on the District Court's Internet Home Page at District of Maine | United States District Court (uscourts.gov).

---

[1]  The Court will ordinarily plan to select 2 juries per day, with the second day held in reserve. Counsel should be prepared to select a jury on the first day, regardless of position on the trial list. The Court will notify counsel as soon as practicable if the second day is not needed.

Federal Rule of Criminal Procedure 50 requires that scheduling preference be given to criminal proceedings, raising the possibility that a civil case will be initially scheduled for the second day of impanelment.

**PORTLAND**

| | | |
|---|---|---|
| JAMIE LEAVITT<br>Civil No. 2:23-cv-00273-JAW<br>(Jury) | v. | IDEXX LABORATORIES INC |
| Danielle M. Quinlan, Esq.<br>Laura H. White, Esq. | | Aimee B. Parsons, Esq.<br>Lauren Pritchard, Esq. |

Final Pretrial Conference scheduled for May 4, 2026 at 1:00 p.m. before U.S. District Judge John A. Woodcock, Jr.

| | | |
|---|---|---|
| ISABEL M RODZIK<br><br>Civil No. 2:25-cv-00094-LEW<br>(Jury) | v. | LIBERTY BAY RECOVERY<br>CENTER LLC, et al. |
| Joseph M. Mavodones, Esq. | | Elizabeth Tull Johnston, Esq.<br>Tawny L. Alvarez, Esq. |

Telephonic Final Pretrial Conference scheduled for April 29, 2026 at 10:00 a.m. before Magistrate Judge John C. Nivison.

| | | |
|---|---|---|
| TONY S TYLER, JR<br>Civil No. 2:25-cv-00102-JCN<br>(Jury) | v. | HARBOR FREIGHT TOOLS USA INC |
| Trevor D. Savage, Esq. | | John R. Felice, Esq.<br>Brad Warren Graham, Esq. |

Telephonic Final Pretrial Conference scheduled for April 30, 2026 at 10:00 a.m. before Magistrate Judge John C. Nivison.

| | | |
|---|---|---|
| MARY JORDAN<br>Civil No. 2:25-cv-00388-JAW<br>(Jury) | v. | GIRI HOTEL MANAGEMENT LLC, et al. |
| Daniel M. Quinlan, Esq.<br>Laura H. White, Esq. | | Jay S. Gregory, Esq. |

Final Pretrial Conference scheduled for May 4, 2026 at 2:00 p.m. before U.S. District Judge John A. Woodcock, Jr.

**BANGOR**

DAVID COLE, et al.              v.     SIG SAUER INC
Civil No. 1:23-cv-00327-LEW
(Jury)

Larry Bendesky, Esq.                   Brian Keith Gibson, Esq.
Michael T. Benz, Esq.                  Douglas F. Hartman, Esq.
Michael T. Bigos, Esq.                 Kristen E. Dennison, Esq.
Robert J. Mongeluzzi, Esq.             Martha C. Gaythwaite, Esq.
Robert W. Zimmerman, Esq.              Brett R. Leland, Esq.
Ryan D. Hurd, Esq.                     Jeffrey D. Russell, Esq.
Samuel A. Haaz, Esq.

Telephonic Final Pretrial Conference scheduled for April 29, 2026 at 11:00 a.m. before Magistrate Judge John C. Nivison.

UNITED STATES DEPARTMENT      v.     NATALIE C THEBERGE
OF AGRICULTURE
Civil No.1:25-cv-00140-LEW
(Bench)

Kevin J. Crosman, Esq.                 Thomas A. Cox, Esq.

Telephonic Final Pretrial Conference scheduled for April 29, 2026 at 1:00 p.m. before Magistrate Judge John C. Nivison.

CONCORD GENERAL MUTUAL        v.     DEVAN E PHILBRICK
INSURANCE COMPANY, et al.
Civil No.1:25-cv-00164-JCN
(Jury)

Diana Delaney O'Hara, Esq.             Christian H. Hinrichsen, Esq.
Marie Cheung-Truslow, Esq.

Telephonic Final Pretrial Conference scheduled for April 30, 2026 at 11:00 a.m. before Magistrate Judge John C. Nivison.

UNITED STATES DEPARTMENT      v.     DEBRA A LAMONDA
OF AGRICULTURE
Civil No.1:25-cv-00196-JAW
(Bench)

Kevin J. Crosman, Esq.                 Emma Halas-O'Connor, Esq.
                                       Thomas A. Cox, Esq.

Final Pretrial Conference scheduled for May 4, 2026 at 3:00 p.m. before U.S. District Judge John A. Woodcock, Jr.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**ELECTRONIC EVIDENCE PRESENTATION**

The U.S. District Court for the District of Maine offers audio/visual equipment for use during hearings and trials.  While each courtroom accommodates a different configuration of audio/visual equipment, they each have an Evidence Presentation System (EPS).  Counsel must reserve the equipment well in advance of trial.

The EPS consists of a document camera (for displaying paper evidence to the court) with digital displays which allows the judge, attorneys, witnesses, and jury to view the evidence simultaneously.

The EPS also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software.  Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation.  The Court will not troubleshoot compatibility problems for attorneys using the EPS. Our system uses an HDMI connection for displaying evidence. If your laptop lacks this connection, you will need to provide an adapter to connect to the EPS.

In most courtrooms, the EPS includes annotation capability with the option to capture and print that annotation in the courtroom.  Attorneys must advise IT in advance if they plan to use this capture and print feature.  Annotations created using the EPS may only be moved into evidence after printing.

Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate the equipment.

Attorneys who plan to use their own electronic equipment (such as laptops) at a hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with a courtroom's system.

Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to a hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

For Reservations Contact:

U.S. District Court I.T. Department

AV@med.uscourts.gov