**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATE DEPARTMENT OF AGRICULTURE,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:25-cv-00196-JAW** |
| **DEBRA A. LAMONDA,** | |
| **Defendant** | |

**MOTION OF DEFENDANT TO**
**RESCHEDULE PRE-TRIAL CONFERENCE**

The final pre-trial conference in this matter has been scheduled for May 4, 2026, at 3:00 PM. The undersigned lead counsel for Defendant has long-standing plans and reservations to be out-of-state on vacation from May 1, 2026, through May 5, 2026.  Thus, the undersigned respectfully moves for a rescheduling of the final pre-trial conference to a date before or after that scheduled vacation period.

DATED: April 22, 2026

/s/ Thomas A. Cox

Thomas A. Cox, Esq. Me. Bar No. 1248
*Attorney for Defendant Debra A. LaMonda*

P.O. Box 1083
Yarmouth, ME 04096
(207) 749-6671
tacsail@icloud.com

1