**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

**UNITED STATES DEPARTMENT OF AGRICULTURE,**

Plaintiff,

v.

**DEBRA LAMONDA,**

Defendant,

**MIDLAND FUNDING LLC,**

Interested Party,

CASE NO. 1:25-cv-00196-JAW

**MOTION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from September 4, 2026, to September 25, 2026, as follows:

1. Plaintiff moved for entry of default against Midland Funding LLC (the "Interested Party") on August 4, 2026. This Court entered an order granting Default against Interested Party on the same day.

2. Since August 4, 2026, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to September 25, 2026.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to September 25, 2026, the period within which it may file a motion for default judgment with supporting documentation in

this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

Dated this August 31, 2026.

*/s/ Stephean C. Chute*
Stephean C. Chute, Esq., Bar No. 06828
Braucher & Associates, PLLC
764 Chestnut Street, Suite 1
Manchester, NH 03104
stephean@ishofn.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certifies that on August 31, 2026, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

Midland Funding LLC – Corporation Service Company, 45 Memorial Circle, August, ME 04330

EMMA HALAS-O'CONNOR
ehalasoconnor@ptla.org

THOMAS A. COX
tacsail@icloud.com

Dated this August 31, 2026.

*/s/ Stephean C. Chute*
Stephean C. Chute, Esq., Bar No. 06828